## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PAUL D. BOYAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV245** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **COVENTRY HEALTHCARE OF** | ) | |
| **NEBRASKA, INC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the plaintiff's Motion Pursuant to Federal Rules of Civil Procedure 56(f) (Filing No. 14). The plaintiff states he seeks time to conduct discovery pursuant to Rule 56(f) to develop the factual record before a briefing on the defendant's motion to dismiss is completed. The plaintiff seeks discovery with regard to the following issues:

(a)   filing of a verbal appeal with Coventry;
(b)   the futility for filing an appeal in this instance; and
(c)   whether Boyan was denied meaningful access to the
        Plan's Claims and Review procedures.

Since the parties have not yet held a planning conference pursuant to Rule 26(f), the court will construe the plaintiff's motion as one under Rule 26(d) seeking leave to seek discovery before the planning conference. Under the circumstances, the plaintiff will be allowed leave to conduct limited discovery on the issues related to the defendant's motion to dismiss. Upon consideration,

**IT IS ORDERED:**

1.    The plaintiff's Motion Pursuant to Federal Rules of Civil Procedure 56(f) (Filing No. 14) is granted.

2.    The plaintiff shall have **to on or before September 25, 2006**, to engage in the requested discovery and file a supplement response to the defendant's motion to dismiss (Filing No. 3).

DATED this 20th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge