IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL D. BOYAN, an individual, )<br>)<br>          Plaintiff, )<br>)<br>    V. )<br>)<br>COVENTRY HEALTHCARE )<br>OF NEBRASKA, INC., )<br>a Nebraska Corporation, )<br>)<br>          Defendant. )<br>) | Case No. 8:06CV245<br><br>ORDER |

       This matter comes before the court on defendant's unopposed motion for extension of time for defendant to file its brief in reply to plaintiff's opposition to motion to dismiss (Filing Nos. 11, 32) in the above matter. The court, being fully advised, hereby finds as follows:

       IT IS HEREBY ORDERED that defendant's motion is granted. Defendant is granted an extension of time until November 28, 2006 to file its brief in reply to plaintiff's opposition to motion to dismiss.

       DATED this 13th day of November, 2006.

       BY THE COURT:

       S/ Joseph F. Bataillon
       JOSEPH F. BATAILLON
       Chief United States District Judge