**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| PAUL D. BOYLAN, | ) | |
| | ) | 4:06CV245 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COVENTRY HEALTH CARE OF | ) | |
| NEBRASKA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on June 25, 2007, and the parties' submission of a suggested progression of the case (Filing No. 48).  This is an ERISA case in which the parties agree that no discovery is required. Based upon the parties' stipulation (Filing No. 48),

**IT IS ORDERED:**

1.     The defendant shall designate in writing the documents which will constitute the administrative record in this matter **on or before July 20, 2007.**

2.     The plaintiff shall file his motion for summary judgment together with a supporting brief and index in accordance with NECivR 56.1 and 7.1 **on or before August 20, 2007.**

3.     The defendant shall file its motion for summary judgment together with a supporting brief and index in accordance with NECivR 56.1 and 7.1 **on or before September 24, 2007.**  The defendant's brief shall include any response to the plaintiff's motion for summary judgment.

4.     The plaintiff shall file his response to the defendant's motion for summary judgment  and any reply to the defendant's response to the plaintiff's motion for summary judgment **on or before October 29, 2007.**

5.     The defendant shall file its reply to the plaintiff's response to the defendant's motion for summary judgment **on or before November 21, 2007.**

In the event the court's disposition of the above motions for summary judgment does not dispose of the entire case, counsel for the plaintiff, within ten working days of the filing of the court's disposition, shall initiate a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling this matter to final disposition.

DATED this 28th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge