IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL D. BOYAN, an individual | ) | Case No. 8:06CV245 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COVENTRY HEALTH CARE OF | ) | **ORDER** |
| NEBRASKA, INC., a Nebraska Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On this 27th day of September, 2007, this matter came on for consideration upon Plaintiff's Motion to Dismiss, with prejudice, each party to pay its own costs, complete record waived.

Upon consideration thereof:

IT IS ORDERED, that the above-entitled matter is dismissed with prejudice, each party to pay its own costs, complete record waived.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge